**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PepsiCo, Inc., a North Carolina corporation; and The Concentrate Manufacturing Company of Ireland, also trading as Seven-Up International, a corporation,<br><br>            Plaintiffs,<br><br>vs.<br><br>Los Potros Distribution Center, LLC, a limited liability company; and Santos Hernandez, an individual,<br><br>            Defendants. | No. CV-07-2425-PHX-DGC<br><br>**ORDER** |

Plaintiffs have filed a motion for attorney's fees and costs. Dkt. #22. No response has been filed. The Court will grant the motion and award Plaintiffs $38,367.20.

**I.    Background.**

PepsiCo, Inc. and its wholly-owned subsidiary, The Concentrate Manufacturing Company of Ireland, commenced this action on November 30, 2007, by filing a complaint against Los Potros Distribution Center, LLC and Santos Hernandez, the alleged owner of Los Potros. Plaintiffs allege that Defendants made unauthorized sales within the United States of soft drinks manufactured in Mexico and bearing Plaintiffs' PEPSI and MANANITA SOL trademarks. Plaintiffs further allege that the unauthorized sales of the Mexican soft drinks violated the terms of a settlement agreement between PepsiCo and Hernandez in *PepsiCo,*

*Inc. v. Loza*, CV-06-607-PHX-MHM (D. Ariz. Aug. 8, 2006). The complaint asserts claims for trademark infringement, unfair competition, and breach of contract. Dkt. #1.

Defendants were served with process on December 11, 2007. Dkt. ##8-9. Defendants have not responded to the complaint or otherwise defended this action. The Clerk entered Defendants' default, Dkt. #11, and the Court granted default judgment against Defendants pursuant to Rule 55 of the Federal Rules of Civil Procedure, Dkt. #20.

**II.     Discussion.**

The Court concluded in its default judgment order that Plaintiffs are entitled to an award of reasonable attorney's fees and costs. Dkt. #20 at 5. Plaintiffs request an award of $38,367.20. Dkt. #24 at 2. Pursuant to Rule 54.2 of the Court's Local Rules of Civil Procedure, Plaintiffs have filed a supporting memorandum, a statement of consultation, a task-based itemized statement of fees and expenses, and attorney declarations. Dkt. ##24, 24-2, 24-3, 28, 28-2.

Having reviewed Plaintiffs' motion and supporting documents, and having considered the factors set forth in Local Rule 54.2(c)(3), the Court finds that the amount of the requested award is reasonable. *See PepsiCo, Inc. v. Ortiz Mexi-Prods., Inc.*, No. 97 C 7082, 2000 WL 198843, at *2-3 (N.D. Ill. Feb. 14, 2000) (finding reasonable an award of $37,344.60). The Court will grant Plaintiffs' motion and award them $38,367.20 in attorney's fees and costs.

**IT IS ORDERED:**

1. Plaintiffs' motion for attorney's fees and non-taxable costs (Dkt. #22) is **granted**.

2. Plaintiffs are awarded **$38,367.20** in attorney's fees and non-taxable costs.

DATED this 29th day of May, 2008.

*David G. Campbell*
David G. Campbell
United States District Judge