**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PepsiCo, Inc., a North Carolina corporation; and The Concentrate Manufacturing Company of Ireland, also trading as Seven-Up International, a corporation,<br><br>            Plaintiffs,<br><br>vs.<br><br>Los Potros Distribution Center, LLC, a limited liability company; and Santos Hernandez, an individual,<br><br>            Defendants.<br>_____<br><br>JPMorgan Chase Bank, N.A.,<br><br>            Garnishee.<br>_____ | No. CV-07-2425-PHX-DGC<br><br>**ORDER AND JUDGMENT** |

Plaintiffs obtained a default judgment of $60,000 and an award of attorneys' fees of more than $38,000 against Defendants. Dkt. ##20, 29. Plaintiffs have filed an application for judgment on writ of garnishment against JPMorgan Chase Bank, N.A. ("Chase"). Dkt. #43. The Court will grant the application.

A writ of garnishment and summons directed to Chase was issued on July 10, 2008. Dkt. #38. Chase asserted in its answer to the writ that it owes Defendants $30,819.75 and that this amount was being withheld from Defendants pursuant to the writ. Dkt. #44-3 at 2.

Chase further asserted that it had served its answer on Defendants on July 29, 2008. *Id.* Chase requested a $75 answer fee. *Id.*

Defendants have not filed an objection to Chase's answer to the writ. Nor have they filed a response to Plaintiffs' application for judgment on the writ.

**IT IS THEREFORE ORDERED:**

1. Plaintiffs' application for judgment on writ of garnishment (Dkt. #43) is **granted**.
2. Pursuant to Rule 69 of the Federal Rules of Civil Procedure and A.R.S. § 12-1584, judgment is entered on the writ of garnishment in favor of Plaintiffs and against Garnishee JPMorgan Chase Bank, N.A. in the amount of **$30,894.75**.
3. Garnishee shall deliver to Plaintiffs **$30,819.75**, which represents the $30,894.75 Garnishee owes Defendants minus a $75.00 answer fee.
4. Plaintiffs shall deliver a copy of this order and judgment to Defendants and Garnishee.
5. The Clerk is directed to **terminate** this action.

DATED this 21st day of October, 2008.

_____
David G. Campbell
United States District Judge